IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IGNACIA G. SANDOVAL,

        Plaintiff,

v.                                CIVIL ACTION NO.  2:13-cv-011726

SOFRADIM PRODUCTION SAS, et al.,

        Defendants.

## MEM ORANDUM OPINION AND ORDER

On October 19, 2020, I entered an order directing plaintiff to show cause on or before November 2, 2020, why this case should not be dismissed without prejudice as to the remaining defendants, Sofradim Production SAS and Tissue Science Laboratories Limited, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that this case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER: November 3, 2020

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE